**FILED**

10/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0434

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0434

| | |
|---|---|
| JODIE YOUNG,<br>Plaintiff and Appellant,<br><br>v.<br><br>ERA ADVANTAGE REALTY,<br>    Defendant and Appellee. | **ORDER GRANTING FIRST UNOPPOSED EXTENSION OF TIME** |

Upon motion of counsel, the Appellant is granted until and including Wednesday, December 8th, 2021 to file their Opening Brief in this matter.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 22 2021